UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRENDA K. FAYNE,**

    **Plaintiff(s),**

v.                       CASE NO: 8:10-CV-341-T-30EAJ

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Plaintiff(s) has/have failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #6) entered on May 19, 2010. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel/Parties of Record

*S:\Odd\2010\10-cv-341.dismissal.wpd*